UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVE MILES | CIVIL ACTION |
| VERSUS | |
| WOERNER DEVELOPMENT, INC. ET AL. | NO.: 17-00943-BAJ-EWD |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 13)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiff's Motion to Remand. (Doc. 8). The Magistrate Judge recommended denying the Motion to Remand. (Doc. 13).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 13). Neither party objected. Having carefully considered the underlying this matter, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report and Recommendation, (Doc. 13)**, is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that the **Motion to Remand (Doc. 8)** is **DENIED**.

Baton Rouge, Louisiana, this 21ST day of March, 2018.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA